IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**GEORGE P. STARK, JR.,**

                **Plaintiff,**

      v.                              CASE NO. 12-3018-SAC

**JOHN CARR and**
**BARRY WALKER,**

                **Defendants.**

### ORDER OF DISMISSAL

By an order entered on May 21, 2012, the court directed plaintiff to show cause why this matter should not be dismissed for lack of prosecution. The response was due on or before June 4, 2012, and plaintiff was advised that the failure to file a timely response might result in the dismissal of this action with prejudice and without additional prior notice.

A court has the inherent power to dismiss an action for failure to prosecute in order to assure the orderly and expeditious resolution of cases. *Link v. Wabash Railroad Co.,* 370 U.S. 626, 630-631 (1962).

The plaintiff has filed no response to the order of May 21, and the court's docket reflects that the copy of that order mailed to his last known address was returned as undeliverable (Doc. 19).

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed with prejudice due to lack of prosecution.

Copies of this order shall be mailed to the parties.

**IT IS SO ORDERED.**

DATED:   This 7th day of June, 2012, at Topeka, Kansas.

                                          S/ Sam A. Crow
                                        SAM A. CROW
                                        U.S. Senior District Judge